# UNITED STATES DISTRICT COURT
## DISTRICT OF KANSAS
## (TOPEKA DOCKET)

UNITED STATES OF AMERICA,
                        PLAINTIFF,

vs.                                          Case No. **5:23-mj-05021-RES**

CHRISTIAN MICHAEL WOODRUFF,
                        DEFENDANT.

# COMPLAINT

I, Justin R. Olberding, the undersigned complainant, being duly sworn, state the following is true and accurate to the best of my knowledge and belief.

### COUNT 1
### POSSESSION WITH INTENT TO DISTRIBUTE METHAMPHETAMINE
### [21 U.S.C. § 841(A)(1)]

On or about February 9, 2023, in the District of Kansas, the defendant,

**CHRISTIAN MICHAEL WOODRUFF,**

knowingly and intentionally possessed with intent to distribute a mixture and substance containing a detectable amount of methamphetamine, a Schedule II controlled substance in violation of Title 21, United States Code, Section 841(a)(1), with reference to Title 21, United States Code, Section 841(b)(1)(C).

## COUNT 2

**Possession of a Firearm in Furtherance of a Drug Trafficking Crime**
**[18 U.S.C. § 924(c)(1)(A)]**

On or about February 9, 2023, in the District of Kansas, the defendant,

**CHRISTIAN MICHAEL WOODRUFF,**

did knowingly possess a firearm, namely,

    (1)    a Pietro Beretta model 92FS, .9mm caliber pistol, bearing serial number A155480Z;

    (2)    a Palmetto State Armory, model Dagger, compact .9mm pistol, bearing serial number FG037863;

    (3)    a Glock Incorporated, model 22, .40 caliber pistol, bearing serial number WPB602; and

    (4)    miscellaneous ammunition,

in furtherance of a drug trafficking crime for which he may be prosecuted in a court of the United States, namely,

possession with the intent to distribute a mixture and substance containing a detectable amount of methamphetamine, a Schedule II controlled substance, in violation of Title 21, United States Code, Section 841(a)(1), as alleged in Count 1 herein which is incorporated by reference as though fully restated at this time.

In violation of Title 18, United States Code, Section 924(c)(1)(A).

## COUNT 3

**Possession of a Firearm by a Convicted Felon**
**[18 U.S.C. § 922(g)(1)]**

On or about February 9, 2023, in the District of Kansas, the defendant,

**CHRISTIAN MICHAEL WOODRUFF,**

knowing that he had previously been convicted of a crime punishable by

imprisonment for a term exceeding one year, namely,

> on or about April 5, 2022, the defendant, **CHRISTIAN MICHAEL WOODRUFF,** was convicted of Possession of a Firearm Bearing an Obliterated Serial Number, a Class C Felony, in violation of 18 U.S.C. § 922(k), in the United States District Court for the District of Kansas, case number 5:16CR40020-001-HLT,

a felony offense, did knowingly possess in and affecting commerce a firearm and ammunition, namely,

> (1)    a Pietro Beretta model 92FS, .9mm caliber pistol, bearing serial number A155480Z;

> (2)    a Palmetto State Armory, model Dagger, compact .9mm pistol, bearing serial number FG037863;

> (3)    a Glock Incorporated, model 22, .40 caliber pistol, bearing serial number WPB602; and

> (4)    miscellaneous ammunition,

which had been shipped and transported in interstate and/or foreign commerce.

In violation of Title 18, United States Code, Section 922(g)(1), with reference to Title 18, United States Code, Section 924(a)(2).

## BACKGROUND

1. I am a Special Agent of the Drug Enforcement Administration (DEA) assigned to the Topeka Post of Duty, Topeka, Kansas. As a DEA Special Agent, I am empowered by Title 21, Section 878 of the United States Code to effect arrests, searches, and seizures for violations of the federal narcotics laws. I have been a Special Agent of the DEA since December of 2010, during which time I have specialized in investigations involving narcotics trafficking

2.  I have participated in numerous investigations involving complex criminal drug conspiracies, money laundering cases, airport and motel interdiction, and continuing criminal enterprises during my career. In connection with my official duties, I investigate criminal violations of the Controlled Substances Act as found in Title 18 and Title 21 of the United States Codes. I have conducted and participated in numerous investigations pertaining to narcotics trafficking and I am familiar with the methods and routines of narcotics traffickers. In addition to this experience, I have received training and instruction from the Drug Enforcement Administration regarding the practices, methods, tools, and devices, customs and routines commonly used by persons engaged in drug trafficking. I have further participated in several seizures and forfeitures of property for its use in violation of the drug laws of the United States of America. During the course of these investigations, I have participated in all normal methods of investigation, including but not limited to electronic surveillance, questioning of witnesses and informants, pen register installations and wire intercept investigations. Participating in these investigations has provided me with extensive experiences in ascertaining the tactics employed by drug traffickers.

## AFFIDAVIT OF PROBABLE CAUSE

3.  The DEA Topeka Post of Duty (TPOD) is investigating Christian Michael WOODRUFF as a methamphetamine distributor and felon in possession of firearms, currently residing at 1235 S.W. Washburn Avenue, Topeka, Kansas.

4. On February 1 and February 2, 2023, DEA Topeka Post of Duty (TPOD) personnel received information from a reliable DEA Confidential Source (CS), related to WOODRUFF being a multiple ounce methamphetamine distributor, in possession of multiple firearms, and currently residing at 1235 S.W. Washburn Avenue, Topeka, Kansas. The following is a summary of statements made by the reliable CS, not verbatim:

5. The CS stated that an individual known to him/her as Christian Last Name Unknown (LNU), who lives near 14th and Huntoon, Topeka, Kansas, is a multiple ounce methamphetamine distributor.  The CS stated that he/she was at Christian LNU's residence on January 31, 2023.  The CS stated that while at Christian LNU's residence that Christian LNU showed him/her approximately one (1) to two (2) ounces of methamphetamine.  The CS stated that Christian LNU had the methamphetamine in a bag in his pocket.  The CS stated that Christian LNU told him/her that he (Christian LNU) only sells ounce quantities of methamphetamine for $250.00 United States Currency (USC), and half (1/2) ounce quantities for $175.00 USC. The CS stated that he/she observed Christian LNU smoke methamphetamine from a glass smoking device while at the residence.  The CS stated that he/she observed multiple items of suspected methamphetamine paraphernalia while at the residence to include the glass smoking device, and digital scales, consistent with methamphetamine distribution.   The CS stated that Christian LNU provided him/her with his (Christian LNU's) cellular

telephone number (785) 845-1600 and told the CS that he/she could contact him (Christian LNU) when the CS wanted to purchase methamphetamine.

6.  The CS stated that WOODRUFF also showed him/her multiple firearms to include:  a Beretta with a 50-round magazine; a .22 caliber handgun; two (2) .40 caliber handguns; and a silencer that goes on the handguns.  The CS stated that WOODRUFF also possessed multiple containers of ammunition related to the firearms that he (WOODRUFF) showed him/her.

7.  The CS stated that Christian LNU drives a white SUV with large rims.  The CS stated that Christian LNU has a large TV in the front room that has a four (4) screen with views of four (4) cameras that appear to be affixed to the exterior of the residence and allows him (Christian LNU) to view the exterior of the residence.

8.  On February 2, 2023, DEA TPOD personnel conducted surveillance in the area of 14th and Huntoon, Topeka, Kansas, and observed a white Ford Explorer with large rims parked in front of the residence located at 1235 S.W. Washburn Avenue, Topeka, Kansas.  Registration on the Ford Explorer showed Kansas registration 938RAZ, which returns to a 2004 Ford Explorer that is registered to Christian WOODRUFF.   TPOD personnel observed three (3) cameras affixed to the exterior front portion of the property, with multiple additional wires consistent with camera wiring located on the exterior of the property, corroborating the information provided by the CS. During surveillance, TPOD personnel observed three (3) individuals arrive at and depart from the property in a short period of

time (less than 10) minutes.  One of the individuals was identified as "CF," who was wearing a white jump suit and white baseball hat.  Current and past TPOD investigations have shown "CF" to be associated with methamphetamine distribution.

9. DEA TPOD personnel contacted the CS and provided him/her with unlabeled photographs of the residence located at 1235 S.W. Washburn Avenue, Topeka, Kansas, and Christian WOODRUFF.  The CS stated that the residence located at 1235 S.W. Washburn Avenue, Topeka, Kansas, is the current residence of Christian LNU, and the location where he/she observed Christian LNU in possession of approximately two (2) ounces of crystal methamphetamine and the aforementioned firearms, ammunition and drug paraphernalia.

10. DEA TPOD personnel provided the CS with an unlabeled photograph of Christian WOODRUFF, and the CS stated that Christian WOODRUFF is Christian LNU, the individual he/she observed in possession of approximately two (2) ounces of crystal methamphetamine and the aforementioned multiple firearms at the residence located at 1235 S.W. Washburn Avenue, Topeka, Kansas.

11. On February 2, 2023, the CS again contacted DEA TPOD personnel and stated that he/she had again observed WOODRUFF and a white male wearing a white jumpsuit and white baseball hat, at the residence located at 1235 S.W. Washburn Avenue, Topeka, Kansas, as well as WOODRUFF's white Ford Explorer with large rims.

12. DEA TPOD personnel conducted an open-source social media search of WOODRUFF and identified a *Facebook* Account with *Facebook* username: Christian WOODRUFF.

13. On February 2, 2023, WOODRUFF posted a screenshot photograph of a camera feed appearing to be from a surveillance video of the front porch of the residence, with caption, "Who ever took my rim off of my porch on 12th and Washburn better bring it back before I find them." Based on the screen shot, the photograph is of the front porch at the residence located at 1235 S.W. Washburn Avenue, Topeka, Kansas.

14. DEA TPOD personnel conducted an open-source commercial database check on phone number (785) 845-1600 and shows listed subscriber Christ WOODRUFF. A photograph on WOODRUFF's *Facebook* account shows a trailer for sale, with "For Sale 785-845-1600" affixed to the exterior of the trailer.

15. On February 3, 2023, TPOD personnel were contacted by the CS related to WOODRUFF. The CS stated that WOODRUFF had recently been at his/her residence and obtained a firearm from a vehicle parked in the CS's driveway. The CS stated that the vehicle belonged to "BJ" and was left at the CS's residence when "BJ" was recently arrested. The CS stated that he/she had no knowledge of the firearm, and that the firearm was concealed under the driver seat of the vehicle. The CS stated that WOODRUFF showed him/her a vacuum-sealed bag, which had been opened and was no longer sealed. The CS stated that he/she

believed the vacuum-sealed bag had recently contained methamphetamine due to an odor that the CS was familiar with in relation to methamphetamine.

16. The CS is currently cooperating in hopes of Federal judicial consideration, on a possible Federal drug crime related to the distribution of methamphetamine. The CS has received no promises. The CS was previously a self-admitted methamphetamine user, distributor, and has knowledge of firearms. The CS is familiar with methamphetamine, its packaging, and methods of distribution. The CS is familiar with methamphetamine weights, packaging weights, and distributable amounts. To-date, the CS has not been charged. The CS has provided information related to the sale/distribution of methamphetamine, firearms, and wanted persons that has been independently corroborated by law enforcement personnel. The CS has provided information related to the distribution of methamphetamine that has been corroborated by law enforcement personnel on at least five (5) occasions. The CS has provided information related to historical methamphetamine distribution that has been independently corroborated by law enforcement personnel on at least five (5) occasions. The CS has provided information related to wanted persons that has been corroborated by law enforcement personnel on at least two (2) occasions. The CS has provided information related to the sale/acquisition/possession of illegal firearms on at least three (3) occasions. The CS has previous arrest (minus traffic) to include: 2001-Possession of methamphetamine with intent to sell; 2008-Attempted possession of opiates, opium or narcotic drug; 2009-Theft; 2009-Use or possess drug

paraphernalia to introduce to the human body; 2009-Possession of depressants/stimulants/hallucinogenic; 2022-Possession of opiate, opium or narcotic.  The CS has been deemed credible and reliable, and has shown no instances of untruthfulness to law enforcement during his/her use as a CS.

17. On February 3, 2023, a Kansas Department of Revenue check was conducted on WOODRUFF, which showed no reportable income in the State of Kansas since 2019.

18. On February 4, 2023, TPOD personnel conducted surveillance at 1235 S.W. Washburn Avenue, Topeka, Kansas.  Between 7:30 p.m. and 8:15 p.m., TPOD personnel observed WOODRUFF standing outside the residence near the white Ford Explorer.  WOODRUFF was wearing a white jacket and blue jeans.  During this time, two (2) unknown males at different times walked up to the property and appeared to meet with WOODRUFF near the rear end of the Ford Explorer. WOODRUFF entered and exited the residence on two (2) occasions and then departed.

19. On February 5, 2023, TPOD personnel were contacted by a Cooperating Defendant (CD), related to WOODRUFF.  The CD identified an unlabeled photograph of WOODRUFF as "Christian."  The CD stated that he/she knew WOODRUFF, and that WOODRUFF is currently dating "TF." An open-source social media search of WOODRUFF's *Facebook* account shows him (WOODRUFF) as dating "TF," with WOODRUFF recently getting a tattoo of this person's first name, with the caption, ". . . I LOVE YOU BABY."  The CD stated that he/she has

heard from multiple people, to include "TF," that WOODRUFF is a multiple pound methamphetamine distributor. The CD stated that WOODRUFF was recently released from federal prison and is known to carry a handgun. The CD stated that WOODRUFF keeps his (WOODRUFF's) methamphetamine and firearms at his (WOODRUFF's) residence. The CD stated that WOODRUFF lives near Huntoon and Washburn Avenue, Topeka, Kansas, and identified 1235 S.W. Washburn Avenue, Topeka, Kansas, as his (WOODRUFF's) address.

20. The CD is a self-admitted methamphetamine user, and distributor. The CD is familiar with methamphetamine, its packaging, and methods of distribution. Law enforcement is not aware of any instances where the CD has been untruthful. The CD has provided information related to the distribution of methamphetamine, which has been independently corroborated by TPOD personnel on at least three (3) investigations. The CD has previous arrests for (minus traffic offenses): Falsely reporting a crime (2008, misdemeanor, disposition unknown); Traffic contraband into a correctional facility (2013, felony, disposition unknown); Aggravated battery, and firearm used in the commission of offense (2017, felony, convicted); and Possession of opiates, narcotic, or certain stimulant (2018, felony, convicted). The CD is currently cooperating in hopes of receiving prosecutorial leniency on possible State of Kansas and/or federal drug charges. To date the CD has not been charged. No promises were made to the CD.

21. A criminal history check of WOODRUFF shows the following arrests (minus traffic): 2011-Municipal drug offense (Convicted); 2015-Possession of opiate,

narcotic, or certain stimulant (Felony convicted); 2016-Altering identification of a weapon (Federal felony convicted); 2020-Probation/Supervised release violation (Federal); 2021-Probation/Supervised release violation (Federal); 2022 Possession of opiate, narcotic, or certain stimulant (Felony, disposition unknown).

22. Criminal history shows that WOODRUFF was arrested on February 11, 2016, by the Topeka Police Department and charges were filed:  Criminal possession of a weapon by a felon, conviction within five (5) years; Defacing identification marks on a firearm; Possession of opiate, narcotic, or certain stimulant; and use/possession of drug paraphernalia with intent to use drug paraphernalia with introduction to the human body.  The above-referenced case was dismissed by the Shawnee County District Court, and adopted by the United States Attorney's Office, District of Kansas, where WOODRUFF was charged and subsequently convicted of: Altering the identification of a weapon in 2016.  *See* D.Kan.No. 5:16-cr-40020-HLT.

23. On February 7, 2023, DEA Topeka Post of Duty (TPOD) personnel applied for and received a search warrant for 1235 S.W. Washburn Ave., Topeka, Kansas, signed by Honorable Rachel E. Schwartz, United States Magistrate Judge (Case:  23-mj-05014).

24. On February 9, 2023, at approximately 6:58 a.m., members of the Kansas City District Office (KCDO) Special Response Team (SRT) executed the aforementioned search warrant.  Prior to the execution of the search warrant, members of the SRT knocked and announced their police presence, and a marked

Shawnee County Sheriff's deputy activated his emergency lights and sirens for visual and audible police presence. After waiting an appropriate amount of time, members of the KCDO SRT forced entry into the residence.  While making entry into the residence, members of the SRT located and detained "TF" from the master bedroom, nearest the door, and Christian WOODRUFF on the far side of the master bedroom.  Located in plain view on the nightstand near WOODRUFF was a loaded Pietro Beretta model 92FS, .9mm caliber pistol, bearing serial number A155480Z. WOODRUFF and "TF" were detained and removed from the scene.

25. Members of the DEA TPOD, ATF, and Shawnee County Sheriff's Office (SCSO) conducted a subsequent search of the residence.  Multiple items of evidentiary value were located and seized during the search to include:

    a. a Palmetto State Armory, model Dagger, compact .9mm pistol, bearing serial number FG037863, loaded with no magazine.  The Palmetto State Armory .9mm pistol was located and seized from the locked combination safe on the nightstand beside the bed where WOODRUFF was located and detained.

    b. a Glock Incorporated, model 22, .40 caliber pistol, bearing serial number WPB602, with Glock switch (device manufactured to make the Glock fully automatic) loaded with a loaded magazine.  The Glock Model 22 pistol was located and seized from a locked combination safe on the nightstand beside the bed where WOODRUFF was located and detained.

    **c.** Multiple loaded magazines of various ammunition to include .223 and .9mm caliber ammunition, and multiple plastic baggies containing a crystal-like substance, believed to be crystal methamphetamine was located and seized from the locked combination safe on the nightstand beside the bed where WOODRUFF was located and detained. –The suspected crystal methamphetamine was TruNarc tested and showed positive for the presumptive presence of methamphetamine.

    **d.** Suspected crystal methamphetamine contained in a clear plastic baggie was located and seized from a basket on the nightstand beside the bed where WOODRUFF was located and detained.

    **e.** Two (2) vacuum-sealed bags with suspected crystal methamphetamine were located and seized from under the nightstand where WOODRUFF was located and detained

    **f.** An Aero Precision, LLC., model X15, multiple caliber pistol with a stabilizer brace was located and seized from a locked safe (padlock and key lock) behind the master bedroom door.

    **g.** A suspected homemade silencer was located and seized from a locked safe (padlock and key lock) behind the master bedroom door.

    **h.** Miscellaneous ammunition was located and seized from throughout the residence.

26. WOODRUFF and "TF" were transported to the Shawnee County Law Enforcement Center (SCLEC) for follow up investigation.

27. WOODRUFF was advised of his *Miranda* Warnings and consented to speak with law enforcement.   The following is a summary of statements made by WOODRUFF, not verbatim.

28. WOODRUFF admitted that the firearms inside the residence were his. WOODRUFF was able to positively identify the number of firearms located inside the residence.  WOODRUFF stated that he is a methamphetamine user and that he sells methamphetamine in ounce quantities.   WOODRUFF admitted to obtaining up to eight (8) pounds of methamphetamine within the past three (3) months.  WOODRUFF stated that he has had the Glock model 22 pistol for over one (1) year.  WOODRUFF acknowledged the Glock switch, and its purpose of making the Glock fully automatic. WOODRUFF stated that the Glock switch did not function properly, and that he thought about gluing it to keep it in place, and to get it to function correctly.  WOODRUFF admitted to selling methamphetamine in ounce quantities.  WOODRUFF admitted to trading methamphetamine for firearms.   WOODRUFF stated that he had firearms in the safe with the methamphetamine to protect the methamphetamine.   WOODRUFF was subsequently arrested on probable cause, pending the acquisition of a Federal complaint and arrest warrant.

29. The foregoing is true and accurate to the best of my information and belief.

30. FURTHER AFFIANT SAITH NAUGHT

**WHEREFORE**, I respectfully request that an arrest warrant be issued authorizing the arrest of Christian WOODRUFF for the aforementioned violations.

Respectfully submitted,

*Justin Olberding*

Justin R. Olberding, Special Agent
Drug Enforcement Administration

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by telephone on ___February 10, 2023___ .

*Rachel Schwartz*

Hon. RACHEL E. SCHWARTZ
UNITED STATES MAGISTRATE JUDGE
DISTRICT OF KANSAS

16

## <u>PENALTIES</u>

**Count 1:**

- Punishable by a term of imprisonment of not more than twenty (20) years.  21 U.S.C. § 841(b)(1)(C).

- A term of supervised release of at least three (3) years.  21 U.S.C. § 841(b)(1)(C).

- A fine not to exceed $1 million.  21 U.S.C. § 841(b)(1)(C).

- A mandatory special assessment of $100.00.  18 U.S.C. § 3013(a)(2)(A).


If the defendant commits such a violation after a prior conviction for a felony drug offense has become final, the penalties are:

- A term of imprisonment of not less than thirty (30) years.  21 U.S.C. § 841(b)(1)(C).

- A term of supervised release of at least six (6) years.  21 U.S.C. § 841(b)(1)(C).

- A fine not to exceed $2 million.  21 U.S.C. § 841(b)(1)(C).

- A mandatory special assessment of $100.00.  18 U.S.C. § 3013(a)(2)(A).


**Count 2:**

- Punishable by a term of imprisonment of not less than five (5) years nor more than life. 18 U.S.C. § 924(c)(1)(A)(i). This term of imprisonment runs consecutively to any other term of imprisonment imposed on the defendant. 18 U.S.C. § 924(c)(1)(D)(ii).  If the defendant has a prior conviction for a violation of § 924(c)(1)(A), the instant offense is punishable by a term of imprisonment of not less than twenty-five (25) years and not more than life.  18 U.S.C. § 924(c)(1)(C)(i).

- A term of supervised release of not more than five (5) years.  18 U.S.C. § 3583(b)(1).

- A fine not to exceed $250,000.  18 U.S.C. § 3571(b)(3).

- A mandatory special assessment of $100.00.  18 U.S.C. § 3013(a)(2)(A).

 Forfeiture of all firearms and ammunition seized during the investigation of this matter.

**Count 3:**

- Punishable by a term of imprisonment of not more than ten (10) years.  18 U.S.C. § 924(a)(2).

- A term of supervised release of not more than three (3) years.  18 U.S.C. § 3583(b)(2).

- A fine not to exceed $250,000.  18 U.S.C. § 3571(b)(3).

- A mandatory special assessment of $100.00.  18 U.S.C. § 3013(a)(2)(A).

- Forfeiture of all firearms and ammunition seized during the investigation of this matter.